# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2018

157184 & (25)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

*In re* ANGEL BARTLETT

_____

KALAMAZOO COMMUNITY MENTAL
HEALTH & SUBSTANCE ABUSE
SERVICES,
      Petitioner-Appellee,

v

ANGEL BARTLETT,
      Respondent-Appellant.

SC: 157184
COA: 341488
Kalamazoo Probate Ct:
      2017-001143-MI

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 5, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2018



t0326

Clerk